**FILED**
JAMES J. VILT, JR. - CLERK

FEB 21 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JORDAN A. FAUTZ**

INDICTMENT

NO. 3:24CR26DJH

18 U.S.C. § 1466A(a)(1)
18 U.S.C. § 1466A(d)(4)
18 U.S.C. § 1467
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The Grand Jury charges:

## COUNT 1
*(Distribution of child pornography)*

On or about March 31, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 2
*(Distribution of child pornography)*

On or about November 30, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, knowingly distributed child pornography, as that

term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 3
*(Distribution of obscene visual representation of child sexual abuse)*

On or about December 19, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, did knowingly distribute a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that is obscene and depicts a minor engaging in sexually explicit conduct, to wit: **JORDAN A. FAUTZ** distributed several computer-generated images depicting the faces of actual minors transposed onto the bodies of nude females engaged in sexually explicit conduct, and this visual depiction had been mailed, shipped, or transported in interstate of foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 1466A(a)(1) and (d)(4).

The Grand Jury further charges:

## COUNT 4
*(Distribution of obscene visual representation of child sexual abuse)*

On or about January 3, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, did knowingly distribute a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that is obscene and depicts a minor engaging in sexually explicit conduct, to wit: **JORDAN A. FAUTZ** distributed several computer-

generated images depicting the faces of actual minors transposed onto the bodies of nude females engaged in sexually explicit conduct, and this visual depiction had been mailed, shipped, or transported in interstate of foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 1466A(a)(1) and (d)(4).

The Grand Jury further charges:

## COUNT 5
*(Distribution of child pornography)*

On or about January 3, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1). \

The Grand Jury further charges:

## COUNT 6
*(Possession of child pornography)*

On or about February 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, who had not attained 12 years of age, and that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE

As a result of committing the offenses in violation of Counts 1, 2, 5 and 6, of this Indictment, the defendant, **JORDAN A. FAUTZ**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all visual depictions which were produced, transported, mailed, shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

As a result of committing the offenses in violation of Counts 3 and 4, of this Indictment, the defendant, **JORDAN A. FAUTZ**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467(a), any obscene material produced, transported, mailed, shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

A TRUE BILL.

Redacted

*[signature]*
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:ASM:20240205

UNITED STATES OF AMERICA v. JORDAN A. FAUTZ

## PENALTIES

Counts 1-5:    NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release (each count)
Count 6:    NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
    (mandatory $5,000 assessment per count for Counts 1, 2, 5, and 6, if the defendant is non-indigent (18 U.S.C. § 3014 – effective 5/29/2015))
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 USC § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:      Clerk, U.S. District Court
                 106 Gene Snyder U.S. Courthouse
                 601 West Broadway
                 Louisville, KY 40202
                 502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY 42101
                 270/393-2500

OWENSBORO:       Clerk, U.S. District Court
                 126 Federal Building
                 423 Frederica
                 Owensboro, KY 42301
                 270/689-4400

PADUCAH:         Clerk, U.S. District Court
                 127 Federal Building
                 501 Broadway
                 Paducah, KY 42001
                 270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.