UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK
SEP - 4 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**JORDAN A. FAUTZ**

SUPERSEDING INDICTMENT

NO.   3:24-CR-26-DJH
18 U.S.C. § 1466A(a)(1)
18 U.S.C. § 1466A(d)(4)
18 U.S.C. § 1467
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The Grand Jury charges:

## COUNT 1
### (*Distribution of Child Pornography*)

On or about March 31, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 2
### (*Distribution of Child Pornography*)

On or about November 30, 2022, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, knowingly distributed child pornography, as that

term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 3
*(Distribution of Obscene Visual Representation of Child Sexual Abuse)*

On or about December 19, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, did knowingly distribute a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that is obscene and depicts a minor engaging in sexually explicit conduct, to wit: **JORDAN A. FAUTZ** distributed several computer-generated images depicting the faces of actual minors transposed onto the bodies of nude females engaged in sexually explicit conduct, and this visual depiction had been mailed, shipped, or transported in interstate of foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 1466A(a)(1) and (d)(4).

The Grand Jury further charges:

## COUNT 4
*(Distribution of Obscene Visual Representation of Child Sexual Abuse)*

On or about January 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, did knowingly distribute a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that is obscene and depicts a minor engaging in sexually explicit conduct, to wit: **JORDAN A. FAUTZ** distributed several computers-

2

generated images depicting the faces of actual minors transposed onto the bodies of nude females engaged in sexually explicit conduct, and this visual depiction had been mailed, shipped, or transported in interstate of foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 1466A(a)(1) and (d)(4).

The Grand Jury further charges:

## COUNT 5
*(Distribution of Child Pornography)*

On or about January 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 6
*(Possession of Child Pornography)*

On or about February 2, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, who had not attained 12 years of age, and that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

The Grand Jury further charges:

COUNT 7

(*Production of Obscene Visual Representation of Child Sexual Abuse*)

On or about and between November 27, 2020, and January 9, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORDAN A. FAUTZ**, did knowingly produce a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting that is obscene and depicts a minor engaging in sexually explicit conduct, to wit: **JORDAN A. FAUTZ** produced several computer-generated images depicting the faces of actual minors transposed onto the bodies of nude females engaged in sexually explicit conduct, and this visual depiction had been mailed, shipped, or transported in interstate of foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 1466A(a)(1) and (d)(4).

NOTICE OF FORFEITURE

As a result of committing the offenses in violation of Counts 1, 2, 5 and 6, of this Superseding Indictment, the defendant, **JORDAN A. FAUTZ**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all visual depictions which were produced, transported, mailed, shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

As a result of committing the offenses in violation of Counts 3, 4 and 7, of this Superseding Indictment, the defendant, **JORDAN A. FAUTZ**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1467(a), any obscene material produced, transported, mailed,

4

shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

A TRUE BILL.

Redacted

FOREPERSON

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:ASM:09/04/2024

UNITED STATES OF AMERICA v. **JORDAN A. FAUTZ**

## PENALTIES

Counts 1-5, 7:    NL 5 yrs./NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release (each count)
Count 6:          NM 20 yrs./$250,000/both/NL 5 yrs./NM life Supervised Release
                  (mandatory $5,000 assessment per count for Counts 1, 2, 5, and 6, if the defendant is non-indigent - (18 U.S.C. § 3014 – effective 5/29/2015))

Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.  **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2.  Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.  Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

<u>RESTITUTION</u>

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

<u>APPEAL</u>

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

<u>PAYMENTS</u>

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.